# LAW OFFICES OF MICHAEL D. STEGER, PC

30 Ramland Road, Suite 201
Orangeburg, NY 10962
(845) 359-4600
(845) 638-2707 (fax)
msteger@steger-law.com
www.steger-law.com

> Conference is VACATED. File motion for a default judgment by January 20, 2023.
> SO ORDERED.
> Dated: 12/8/2022
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

December 2, 2022

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY  10007

     Re:  *Oppenheimer v. LLJ, Inc.*, *et al*; Case No. 22-cv-8441-PKC

Dear Judge Castel:

     I represent Plaintiff David Oppenheimer in this copyright infringement matter.  I am writing to request that the Court adjourn the Rule 16 conference currently scheduled for December 9th at 10:30 am. (Dkt. No. 8).

     Defendant Reservebar Holdings, Inc. has not responded to the complaint. Plaintiff requested the entry of Defendant's default on November 30th (Dkt. No. 13), and the certificate of default was entered on December 1st (Dkt. No. 15).

     Defendant LLJ, Inc. dba Minibar Delivery was served through the New York Department of State on November 2nd (Dkt. No. 12).  Its responsive pleading is due today pursuant to CPLR § 320.

     No one has contacted my office on behalf of either defendant.  Accordingly, we cannot submit a proposed case management plan.

     Thank you for your consideration of this request.

                                      Sincerely yours,
                                      /s/ Michael D. Steger
                                      Michael D. Steger